IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE McLEES, | ) |
| | ) No. 21-cv-5291 |
| Plaintiff, | ) |
| | ) Judge Kendall |
| v. | ) |
| | ) |
| COLLABORATIVE SOLUTIONS, LLC, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

The parties having entered into a settlement agreement resolving this matter, they jointly and respectfully ask the Court to enter an order dismissing this matter with prejudice, with each side to bear their own costs and fees.

Respectfully submitted,

STEPHANIE McLEES

/s/ Johanna J. Raimond

Johanna J. Raimond
Law Offices of Johanna J. Raimond Ltd.
431 S. Dearborn, Suite 1002
Chicago, Illinois 60605
Telephone: (312) 235-6959
Fax: (312) 469-8302
jraimond@raimondlaw.com
Counsel for Plaintiff

COLLABORATIVE SOLUTIONS, LLC

/s/ Todd M. Church

Todd M. Church
Yara Mroueh
Littler Mendelson, P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654
Telephone: (312) 372-5520
Fax: (312) 372-7880
tchurch@littler.com
ymroueh@littler.com
Counsel for Defendant

## **CERTIFICATE OF SERVICE**

      On October 8, 2022, the undersigned, an attorney, certifies that the foregoing was served on all counsel of record through the ECF system of the United States District Court for the Northern District of Illinois.

                                            /s/ Johanna J. Raimond

## Certificate of Service

      I hereby certify that on September 25, 2021, I electronically filed the foregoing with the Court using the ECF system, which will send notification of the filing to all counsel of record.

                                                     /s/Johanna J. Raimond